JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LORI JOHNSON,<br>Plaintiff,<br>vs.<br>FORD MOTOR COMPANY; and DOES 1 through 10, inclusive,<br>Defendants. | Case No.: 2:21-cv-08213-MCS-GJS<br>District Judge: Mark C. Scarsi<br>Magistrate Judge: Gail Standish<br>**~~[PROPOSED]~~ ORDER GRANTING JOINT STIPULATION TO REMAND (ECF No. 9)** |

## ORDER

The Court, having considered the Joint Stipulation to Remand this action to the Superior Court of the State of California for the County of Los Angeles filed by the Parties, and upon finding that good cause exists, hereby ORDERS as follows:

1. This action is remanded to the Superior Court of the State of California for the County of Los Angeles.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: December 2, 2021

By: _____
Honorable Mark C. Scarsi
United States District Court Judge